IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN R. WEBSTER, | ) | No. CV-F-04-5647 REC |
| | ) | |
| | ) | ORDER SETTING PLAINTIFF'S |
| | ) | MOTION TO AMEND FOR HEARING |
| Plaintiff, | ) | ON MONDAY, NOVEMBER 7, 2005 |
| | ) | AT 1:30 P.M. IN COURTROOM |
| vs. | ) | ONE |
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On October 20, 2005, plaintiff filed a Motion to Amend. Plaintiff failed to notice that motion for hearing. However, the Motion to Amend also includes plaintiff's opposition to the United States' Motion for Judgment on the Pleadings, which motion is noticed for hearing on November 7, 2005. Therefore, the court notices plaintiff's Motion to Amend for hearing on Monday, November 7, 2005 at 1:30 p.m. in Courtroom One.

IT IS SO ORDERED.

**Dated: October 26, 2005**            /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

1